UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIANNE J. JOSEPH** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-0052** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "S" (2)** |

## ORDER

The court has considered the petition, the record, the applicable law, the magistrate judge's report and recommendation, and the plaintiff's objections to the magistrate judge's report and recommendation. The objections to the magistrate judge's report and recommendation are **OVERRULED**, and the report and recommendation is approved and adopted as the opinion of the court. The administrative law judge applied the proper standard, and the plaintiff has not carried her burden of providing sufficient medical evidence that she has a severe impairment.

**IT IS HEREBY ORDERED** that Dianne J. Joseph's "Plaintiff's Memorandum in Support of Her Claim for Relief," (document #8) which is construed as a motion for summary judgment, is **DENIED,** and the complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  20th  day of September, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**